IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.                                                           CRIMINAL CASE NO.
                                                             1:10-CR-00394-SCJ

DANIEL BENAVIDES-GARCIA

## ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge C. Christopher Hagy [Doc. No. 29]. After reviewing the Report and Recommendation and the Objections thereto [Doc. No. 33], the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Motion to Suppress Evidence by defendant Daniel Benavides-Garcia [Doc. No. 15] is hereby **DENIED**.

IT IS SO ORDERED this 4th day of May, 2011.


s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE